ISABELLE KRESS, Landlord, Respondent, v. ABRAHAM SCHULMAN, Doing Business as. GUMMED TAPE AND DEVICES COMPANY, Tenant, Appellant.

Supreme Court, Appellate Term, Second Department, May 12, 1944.

*Nathan Permut* for appellant.

*Harry Sand* for respondent.

MEMORANDUM *Per Curiam.* The clause of the lease waiving a jury trial applies only to actions or proceedings brought under the lease. (*Cochanski* v. *Bankmer Real Estate Corporation*, 33 N. Y. S. 2d 34.) The petition discloses that the proceeding herein is not based upon a written lease. The waiver clause, therefore, is inoperative and the tenant has the right to a jury trial.

Order unanimously reversed upon the law, with ten dollars costs, and motion to strike out tenant's demand for a jury trial denied.

Concur: MACCRATE, SMITH and McCOOEY, JJ.